AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ALEJANDRO CHACON | CASE NUMBER: 08CR0556-JAH |

I, __ALEJANDRO CHACON__, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/28/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Alejandro Chacon*
Defendant

*[signature]*
Counsel for Defendant

Before: *[signature]*
Judicial Officer

FILED
FEB 28 2008
SOU... T COURT
BY ...ALIFORNIA
  MB   DEPUTY