1.     Casey J Donovan, Jr